UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, N.A., <br> Plaintiff(s), <br> vs. <br> SFR INVESTMENTS POOL 1, LLC, et al., <br> Defendant(s). | Case No. 2:16-cv-02090-RFB-NJK <br><br> ORDER <br><br> (Docket No. 12) |

Pending before the Court is a demand for security costs. Docket No. 12. Any response had to be filed no later than October 27, 2016. *See* Docket No. 14. To date, no response has been filed. Accordingly, the motion is **GRANTED**. *See* Local Rule 7-2(d). The bond shall be posted within 7 days of this order.

IT IS SO ORDERED.

DATED: November 1, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge