Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: shiroffj@ballardspahr.com

*Attorneys for Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee, for the Benefit of Registered Holders of Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage Pass-Through Certificates, Series 2007-AR3*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; PALM CREEK COMMUNITY ASSOCIATION, INC., a Nevada non-profit corporation, and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | CASE NO. 2:16-cv-02090-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR WILMINGTON TRUST TO RESPOND TO PALM CREEK'S MOTIONS TO DISMISS**<br><br>(First Request) |

November 7, 2016 is the current deadline for Plaintiff, Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee, for the Benefit of Registered Holders of Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage Pass-Through Certificates, Series 2007-AR3 ("Wilmington Trust") to respond to (1) the Motion to Dismiss Wilmington Trust N.A.'s Complaint and (2) the Motion to

DMWEST #15126542 v1

Dismiss Wilmington Trust N.A's Complaint Pursuant to NRS 38.310 (collectively, the "Motions") filed by Palm Creek Community Association (the "Association"). The Association and Wilmington Trust stipulate and agree that Wilmington Trust has up to and including November 21, 2016 to respond to the Motions. The parties submit this stipulation in good faith and not for purposes of delay.

Dated: this 7th day of November, 2016.

| Ballard Spahr LLP | Leach Johnson Song & Gruchow |
|---|---|
| By: /s/ Justin A. Shiroff<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Justin A. Shiroff<br>Nevada Bar No. 12869<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ T. Chase Pittsenbarger<br>Sean L. Anderson<br>Nevada Bar No. 7259<br>T. Chase Pittsenbarger<br>Nevada Bar No. 13740<br>8945 W. Russell Road, Suite #330<br>Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff* | *Attorneys for Palm Creek Community Association* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 14th day of November, 2016.

2

DMWEST #15126542 v1