1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11  WILMINGTON TRUST, N.A.,                    )
                                              )   Case No. 2:16-cv-02090-RFB-NJK
                    Plaintiff(s),             )
12                                            )
    vs.                                       )   ORDER
13                                            )
    SFR INVESTMENTS POOL 1, INC., et al.,     )
14                                            )
                    Defendant(s).             )
15  _____ )

16          To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).

17  The parties are hereby **ORDERED** to file, no later than December 15, 2016, either (1) a joint proposed

18  discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at

19  this time.

20          IT IS SO ORDERED.

21          DATED: December 9, 2016

22                                            _____
                                              NANCY J. KOPPE
23                                            United States Magistrate Judge

24
25
26
27
28