Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: shiroffj@ballardspahr.com

*Attorneys for Wilmington Trust, NA,
Successor Trustee to Citibank, N.A.,
as Trustee, for the Benefit of
Registered Holders of Structured
Asset Mortgage Investments II Trust
2007-AR3, Mortgage Pass-Through
Certificates, Series 2007-AR3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; PALM CREEK COMMUNITY ASSOCIATION, INC., a Nevada non-profit corporation, and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | CASE NO. 2:16-cv-02090-RFB-NJK<br><br>**STIPULATION AND ORDER TO 1) DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., PALM CREEK COMMUNITY ASSOCIATION, AND SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE; AND 2) LIFT STAY ENTERED MAY 22, 2017** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS | |

| | |
|---|---|
|1<br>2<br>3<br>4| TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3; and CURTIS PRICE, and individual., |
|5| Counter/Cross Defendants. |

Pursuant to Local Rules LR IA 6-1 and LR 26-4, Plaintiff/Counter-defendant, Wilmington Trust, N.A., Successor Trustee to Citibank, N.A., as Trustee for the Benefit of Registered Holders of Structured Asset Mortgage Investment II Trust 2007-AR3, Mortgage Pass-Through Certificates, Series 2007-AR3 ("Wilmington Trust"), Defendant/Counter-claimant/Cross-claimant SFR Investments Pool 1, LLC ("SFR"), and Defendant Palm Creek Community Association (the "Association") (collectively, the "Parties") hereby stipulate as follows:

1. This action concerns title to real property commonly known as 5691 Sentry Palm Court., Las Vegas, Nevada ("Property") following a homeowner's association foreclosure sale conducted on November 2, 2012, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20061219-0004040 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice;

4. This Stipulation in no way affects SFR's cross-claim against Curtis Price;

5. The Parties further stipulate and agree that the $500 in security costs posted by the Trustee on November 9, 2016 pursuant to this Court's Order [ECF No. 18] shall be discharged and released to the Ballard Spahr LLP Trust Account;

2

DMWEST #17984161 v2

6. The Parties further stipulate and agree that the Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instrument Number 201612070001423 be, and the same hereby is, EXPUNGED;

7. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

8. The Parties further agree to lift the stay entered May 22, 2017 [ECF No. 48];

9. This case shall remain open until such time as SFR resolves its pending cross-claim against Curtis Price; and

(*Remainder of Page Intentionally Left Blank*)

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135-2958
(702) 471-7000 FAX (702) 471-7070

1. 10. Each party in this case number 2:16-cv-02090-RFB-NJK shall bear its own attorneys' fees and costs.

Dated: December 10, 2018

| | |
|---|---|
| BALLARD SPAHR LLP | KIM GILBERT EBRON. |
| By: /s/ Justin A. Shiroff<br>    Abran E. Vigil, Esq.<br>    Nevada Bar No. 7548<br>    Justin A. Shiroff, Esq.<br>    Nevada Bar No. 12869<br>    1980 Festival Plaza Drive, Suite 900<br>    Las Vegas, Nevada 89135-2958 | By: /s/ Jacqueline A. Gilbert<br>    Diana S. Ebron, Esq.<br>    Nevada Bar No. 10580<br>    Jacqueline A. Gilbert, Esq.<br>    Nevada Bar No. 10593<br>    Karen L. Hanks, Esq.<br>    Nevada Bar No. 9578<br>    7625 Dean Martin Dr., Suite 110<br>    Las Vegas, Nevada 89139 |
| *Attorneys for Plaintiff* | *Attorney for Defendant SFR Investments Pool 1, LLC* |

LEACH JOHNSON SONG & GRUCHOW

By:/s/ T. Chase Pittsenbarger
    Sean L. Anderson, Esq.
    Nevada Bar No. 7259
    T. Chase Pittsenbarger, Esq.
    Nevada Bar No. 13740
    8945 W. Russell Road, Suite 330
    Las Vegas, Nevada  89148

*Attorneys for Palm Creek Community Association*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  11th day of  December, 2018.

4

DMWEST #17984161 v2