UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, N.A., <br> Plaintiff(s), <br> v. <br> SFR INVESTMENTS POOL 1, LLC, et al., <br> Defendant(s). | Case No.: 2:16-cv-02090-RFB-NJK <br><br> **Order** |

It appears the only claim remaining in this case is SFR's cross-claim against Curtis Price. *See* Docket No. 52 at 3. Mr. Price was served on December 28, 2016, but has not answered or otherwise appeared. *See* Docket No. 42. SFR has not sought a default. No later than January 25, 2019, SFR shall file either (1) a request for default or (2) a status report explaining how it intends to proceed with its cross-claim.

IT IS SO ORDERED.

Dated: January 11, 2019

_____
Nancy J. Koppe
United States Magistrate Judge