Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, N.A., SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR THE BENEFIT OF REGISTERED HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; PALM CREEK COMMUNITY ASSOCIATION, INC., a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants.<br>_____<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br>vs.<br><br>WILMINGTON TRUST, N.A., SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR THE BENEFIT OF REGISTERED HOLDERS OF STRUCTURED ASSET MORTGAGE | Case No. 2:16-cv-02090-RFB-NJK<br><br>**JUDGMENT BY DEFAULT AGAINST CURTIS PRICE** |

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1 INVESTMENTS II TRUST 2007-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3; and CURTIS PRICE, an individual,

Counter-Defendant/Cross-Defendant.

This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") application for default judgment against Cross-Defendants CURTIS PRICE ("Price" or "Cross-Defendant). Having considered the application, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

1. On November 23, 2016, SFR filed a Cross-Claim (ECF No. 25) for quiet title and declaratory relief against Price ("Cross-Claim") relating to real property located at 5691 Sentry Palm Court, Las Vegas, NV 891222; Parcel No. 161-26-412-102 ("Property").

2. Cross-Defendant failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against the Cross-Defendant on January 25, 2019 (ECF No. 55).

3. Cross-Defendant is not incompetent, an infant or serving in the United States military.

4. SFR submitted credible evidence in support of its application in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against Price.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that Cross-Defendant Price, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

…

…

…

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claims against, or the defenses of, any other party to this case.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: February 12, 2019

*Respectfully submitted by:*
**KIM GILBERT EBRON**

/s/*Jacqueline A. Gilbert*
JACQUELINE A. GILBERT, Esq.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
(702) 485-3300
(702) 485-3301 (fax)
*Attorneys for SFR Investments Pool 1*

Dated this 25th day of January, 2019.